UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | DOCKET NO: 1:19-CR-27-MOC-WCM-3 |
| V. | ) | |
| | ) | ORDER |
| | ) | |
| ADAM LOPEZ | ) | |
| | ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Adam Lopez.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 6, 2020

Max O. Cogburn Jr
United States District Judge