UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19-cr-27-MOC-WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ADAM LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Bill of Indictment in this case. (Doc. No. 147). As the Government explains in the motion, Defendant has pleaded guilty to a Bill of Information in Case. No. 1:22-cr-90. That plea encompassed the conduct charged in this case. Therefore, pursuant to the plea agreement in Case. No. 1:22-cr-90, the Government moves to dismiss the pending Bill of Indictment against Defendant in this case. Defendant does not object to the motion.

The Government's Motion to Dismiss, (Doc. No. 147), is **GRANTED**.

**IT IS SO ORDERED**.

Signed: December 5, 2022

Max O. Cogburn Jr
United States District Judge

-1-